UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:17-cr-00065 |
| | ) | JUDGE RICHARDSON |
| JEWEL DEONTA SIMS | ) | |
| | ) | |

# **ORDER**

The Court held a status conference in this case on October 31, 2018. Except to the extent indicated below, all dates, deadlines and procedural requirements set by Chief Judge Crenshaw remain in effect.

Proposed Jury Instructions and Verdict Forms

Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to richardson_chambers@tnmd.uscourts.gov.

Change of Plea

Any plea agreement shall be consummated no later than two weeks before the trial date of **December 4, 2018**, and the Courtroom Deputy so notified. Likewise, if the Defendant opts to plead guilty without a plea agreement, the Courtroom Deputy shall be so notified no later than two weeks before the above-stated trial date. If a plea agreement is submitted or if the Defendant opts to plead guilty without a plea agreement, the hearing to take the plea will take place on **November 27, 2018, at 3:00 p.m.** In advance of any plea hearing, the Government shall submit to chambers the proposed plea agreement (if any) and the plea elements, and counsel for Defendant shall submit a plea petition by noon three days prior to the plea hearing.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE